Find Jobs  Company Reviews  **Find Salaries**  Find Resumes  Employers / Post Job  Upload your resume  Sign in

| Company name | **Find Companies** |



# Inpax Shipping Solutions

**2.3**   88 reviews

Follow
Get weekly updates, new jobs, and reviews

| Snapshot | Why Join Us | 88 Reviews | **1.3K Salaries** | 1 Photos | Jobs | 36 Q&A |

## Inpax Shipping Solutions Salaries in the United States

Salary estimated from 1,323 employees, users, and past and present job advertisements on Indeed in the past 36 months. Last updated: April 26, 2019

**Job Category**: All Jobs
**Location**: United States

### Popular Jobs

| | AVERAGE SALARY | SALARY DISTRIBUTION |
|---|---|---|
| **Owner Operator Driver** <br> 821 salaries reported | $124,891 per year | $60,000 — $185,000 |
| **Truck Driver** <br> 281 salaries reported | $124,521 per year | $60,000 — $185,000 |
| **Delivery Driver** <br> 17 salaries reported | $756 per week | $1,200 — $3,700 |
| **Driver** <br> 6 salaries reported | $145 per day | $135 — $155 |

### Driving

| | AVERAGE SALARY | SALARY DISTRIBUTION |
|---|---|---|
| **Owner Operator Driver** <br> 821 salaries reported | $124,891 per year | $60,000 — $185,000 |
| **Truck Driver** <br> 281 salaries reported | $124,521 per year | $60,000 — $185,000 |
| **Delivery Driver** <br> 17 salaries reported | $756 per week | $1,200 — $3,700 |
| **Driver** <br> 6 salaries reported | $145 per day | $135 — $155 |
| **Route Driver** <br> 5 salaries reported | $752 per week | $1,200 — $3,700 |

### Other Popular Jobs

| | AVERAGE SALARY | SALARY DISTRIBUTION |

---

**Claimed Profile**

**Salary satisfaction**



**18%**

Few people think they are paid fairly at Inpax Shipping Solutions
Based on 92 ratings

Add your rating

**Common benefits at Inpax Shipping Solutions**

- Dental Insurance
- Health Insurance
- Life Insurance
- Vision Insurance

Benefit information is collected from job descriptions and reviews about Inpax Shipping Solutions on indeed.com.

Add your benefits

**Questions about Inpax Shipping Solutions**

What is the work environment and culture like at Inpax Shipping Solutions?
12 people answered

What is the starting pay for a new driver
9 people answered

Case: 1:19-cv-01100-SO Doc #: 5-6 Filed: 05/24/19 2 of 2. PageID #: 130

| | AVERAGE SALARY | SALARY DISTRIBUTION | |
|---|---|---|---|
| **Dispatch Supervisor**<br>8 salaries reported | $32,809 per year | $16,000 — $50,000 | |
| **Dispatcher**<br>4 salaries reported | $33,551 per year | Min and max salaries are hidden when we have fewer than 5 salaries | |

How do you feel about the future of Inpax Shipping Solutions?
7 people answered

Show more

**What people say about working at Inpax Shipping Solutions**

3.0
**Inpax needs a lot of work still a young company**

A young company that needs improvement fast the pay does not match the work load but the managers are cool people I just need proper compensation for the work load

Package Courier (Current Employee)
Charlotte, NC - October 8, 2018

3.0
**Flexible work schedule**

Starting out the schedule is not very consistent but they are accommodating if you have another job or another job. They train you pretty thoroughly before they send you out for a solo route. If you follow directions perfectly the day will be pretty ...

Driver (Current Employee)
Chicago, IL - November 17, 2016

Read more Inpax Shipping Solutions reviews about Pay & Benefits

## Browse all Inpax Shipping Solutions salaries by category

**Popular Inpax Shipping Solutions Jobs**

Administrative Assistance
Driving
Logistic Support

## How much does Inpax Shipping Solutions in the United States pay?

The average Inpax Shipping Solutions salary ranges from approximately $32,809 per year for Dispatch Supervisor to $124,891 per year for Owner Operator Driver. The average Inpax Shipping Solutions daily wage ranges from approximately $125 per day for Owner Operator Driver to $160 per day for Truck Driver.

Salary information comes from 1,323 data points collected directly from employees, users, and past and present job advertisements on Indeed in the past 36 months.

Please note that all salary figures are approximations based upon third party submissions to Indeed. These figures are given to the Indeed users for the purpose of generalized comparison only. Minimum wage may differ by jurisdiction and you should consult the employer for actual salary figures.

Inpax Shipping Solutions  ›  Salaries

| Company name | Find companies |
|---|---|