**EXHIBIT F**

# INSS LLC

**Employee**
William Wunsch, 6270 Clear Air Dr, Mentor, OH 44060

**SSN:** ***-**-3347
**Status (Fed/State):** Single/Withhold
**Pay Period:** 12/09/2018 - 12/15/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40:00 | 9.33 | 373.20 | 942.49 |
| Overtime (x1.5) hourly | 6:32 | 14.00 | 91.47 | 377.77 |
| Bonus2 | 50:00 | 1.00 | 50.00 | 100.00 |
| GMR Bonus | 467:20 | 1.00 | 467.33 | 870.31 |
|  | 563:52 |  | 982.00 | 2,290.57 |

| Taxes | Current | YTD Amount |
|---|---|---|
| OH - School District | 0.00 | |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -87.00 | -189.00 |
| Social Security Employee | -60.89 | -142.02 |
| Medicare Employee | -14.24 | -33.21 |
| OH - Withholding | -27.54 | -60.46 |
|  | -189.67 | -424.69 |

**Net Pay**  792.33  1,865.88

INSS LLC, 2444 Forrest Park RD SE, Atlanta, GA 30315