| Find Jobs | Company Reviews | Find Salaries | Find Resumes | Employers / Post Job | Upload your resume | Sign in |

**Company name**  →  Find Companies

# Inpax Shipping Solutions
**2.3** — 88 reviews

Follow — Get weekly updates, new jobs, and reviews

| Snapshot | Why Join Us | 88 Reviews | 1.3K Salaries | 1 Photos | Jobs | 36 Q&A |

## Questions and Answers about Inpax Shipping Solutions

Here's what people have asked and answered about working for and interviewing at Inpax Shipping Solutions.

View all 36 questions about Inpax Shipping Solutions

## What is the starting pay for a new driver

Asked May 5, 2016

[ Write your answer here ]

[ Submit Answer ]

**9 answers**

9.33 hr or $140 a day depending how they feel they should pay you
Answered January 24, 2019
Upvote | Downvote

After a down two weeks process which sounds against the law scraps run away
Answered January 23, 2018
Upvote 1 | Downvote

My starting pay is $140 a day.
Answered December 31, 2017
Upvote 1 | Downvote 2

11.00 a hour
Answered September 4, 2017
Upvote | Downvote 1

**Questions about Inpax Shipping Solutions**

What is the work environment and culture like at Inpax Shipping Solutions?
12 people answered

How do you feel about the future of Inpax Shipping Solutions?
7 people answered

What is the drug testing process?
4 people answered

Show more

**See Questions about:**

Drug Test
Background Check
Hiring Process
Interviews
Part Time Jobs

**Working Environment**

**Working Hours**

**Benefits**

**Company Future**

**Salaries**

**Working Culture**

Mundelin branch delivery drivers start at 14$ an hour

Answered July 19, 2017

Upvote  Downvote

$140.00 in Chicago

Answered July 8, 2017

Upvote 1  Downvote

$125 a day or $9.17 an hour if someone has to come help you (called Rescue). $125 may sound good but most days you'll work 10-12 hours. Doesn't equate to much if you break it down hourly.

Answered February 14, 2017

Upvote 3  Downvote

It changes all the time with no warning

Answered October 17, 2016

Upvote 1  Downvote

Starting to work with them is $ 2000 a week when it meets the permanence of 3 months will lower the salary to $ 1000 to the incredible week. (5:00 am to 9:00 pm, Monday to Saturday) bad bad bad company, any benefits

Answered August 28, 2016

Upvote 1  Downvote

Company name  **Find companies**

Jobs - Career Advice - Hiring Lab - Browse Jobs - Tools - Employer Events - About - Help Center

© 2019 Indeed - Cookies, Privacy and Terms



Case: 1:19-cv-01100-SO Doc #: 3-9 Filed: 05/24/19 4 of 4. PageID #: 137

Part Time Jobs

Working Environment

Working Hours

Benefits

Company Future

Salaries

Working Culture

| Company name | Find companies |