IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCOTT OBERG, *et al*        )      CASE NO. 1:19-cv-01100
                   )
    On behalf of himself and all       )
    others similarly situated          )      JUDGE SOLOMON OLIVER
                   )
              Plaintiffs,      )
                   )
            v.          )      **NOTICE OF FILING CONSENT TO**
                   )      **SUE FOR RAY ALEJANDRO, ROBIN**
INPAX SHIPPING SOLUTIONS, INC., et    )      **ALLEN, SERGIO BAGVIO,**
al.                               )      **RAYSHAWN GLOVER, KOBIE**
                   )      **POWELL, WENDELL PURHAM,**
            Defendant.      )      **JALEN REAMS, JAMES RICKS,**
                   )      **RICHARD SEAWRIGHT, JEMEL**
                                **WALKER, STEVEN WATZKE**

       Plaintiffs, Scott Oberg and William Wunsch, by and through undersigned counsel, hereby

give notice of the filing of the Consent to Sue for the following individuals attached hereto:

| Ray Alejandro | Exhibit A |
|---|---|
| Robin Allen | Exhibit B |
| Sergio Bagvio | Exhibit C |
| Rayshawn Glover | Exhibit D |
| Kobie Powell | Exhibit E |
| Wendell Purham | Exhibit F |
| Jalen Reams | Exhibit G |
| James Ricks | Exhibit H |

| Richard Seawright | Exhibit I |
| Jemel Walker | Exhibit J |
| Steven Watzke | Exhibit K |

Respectfully submitted,

*s/ Chris P. Wido*
Chris P. Wido (0090441)
Tina M. Scibona (0092008)
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: chris.wido@spitzlawfirm.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was served via the Court's electronic filing system on <u>May 5, 2020</u>.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties

may access this filing through the Court's electronic filing system.

<u>/s/ Chris P. Wido</u>
Chris P. Wido (0090441)
**THE SPITZ LAW FIRM, LLC**
