# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| SCOTT OBERG and WILLIAM WUNSCH ) | |
| ) | |
|    On behalf of themselves and all ) | Case No.: 1:19-cv-01100 |
|    others similarly-situated ) | |
| ) | JUDGE SOLOMON OLIVER, JR |
|                            Plaintiffs, ) | |
|        v. ) | |
| ) | |
| INPAX SHIPPING SOLUTIONS INC.; ) | |
| INSS, LLC; ) | |
| INPAX FINAL MILE DELIVERY INC.; and ) | |
| LEONARD WRIGHT ) | |
| ) | |
|                           Defendants. ) | |

## **UNOPPOSED MOTION TO CONTINUE TELEPHONIC STATUS CONFERENCE**

NOW COME Defendants, Inpax Shipping Solutions Inc., INSS, LLC, Inpax Final Mile Delivery Inc., and Leonard Wright (collectively, "Defendants"), by and through their attorneys Kaufman Dolowich & Voluck, LLP, and in support of their Unopposed Motion to Continue the Telephonic Status Conference currently scheduled for May 11, 2020, state as follows:

1. There is currently a telephonic status conference scheduled for May 11, 2020 at 11:00 a.m. to discuss an updated discovery schedule and the possibility of alternative dispute resolution.

2. Defense Counsel currently has an all-day mediation scheduled for May 11, 2020 and will not be able to participate in the scheduled May 11, 2020 telephonic status conference.

3. Defense Counsel has conferred with Plaintiffs' Counsel and he does not oppose the requested continuance.

4.  To assist in coordinating a new date for the telephonic status conference, counsel for the parties are mutually available on May 13, May 15, May 18, and May 21, 2020.

| | |
|---|---|
| Dated: May 5, 2020 | Respectfully submitted, |
| | KAUFMAN DOLOWICH & VOLUCK, LLP |
| | */s/ Stefan R. Dandelles* |
| | Attorneys for Defendants Inpax Shipping Solutions Inc.; INSS, LLC; Inpax Final Mile Delivery Inc.; and Leonard Wright |

Stefan R. Dandelles, (admitted *pro hac vice*)
Aaron Solomon, (admitted *pro hac vice*)
Jean Y. Liu, (admitted *pro hac vice*)
Kaufman Dolowich & Voluck, LLP
135 S. LaSalle St., Ste. 2100
Chicago, Illinois 60603
Phone: (312) 759-1400
Fax: (312) 759-0402
sdandelles@kdvlaw.com
asolomon@kdvlaw.com
jliu@kdvlaw.com

4812-3385-5675, v. 1