UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-----------------------------------------------------------X
SCOTT OBERG and WILLIAM WUNSCH, et al

        On behalf of themselves and all others
        similarly-situated

                        Plaintiffs,     **Case No.: 1:19-CV-01100**

v.

INPAX SHIPPING SOLUTIONS INC., et al

                        Defendants.
-----------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

**WHEREAS**, the parties in this Lawsuit have reached an agreement in principle to resolve this matter, which the parties have reduced to writing and submitted to this Court for review and approval, which resolves the Lawsuit of the Opt-In Plaintiffs ("Plaintiffs");

**WHEREAS,** Defendants continue to dispute the validity of the allegations contained in this Lawsuit and their decision to settle same is by no means an acknowledgement of wrongdoing or liability;

**WHEREAS**, Withdrawing Plaintiffs shall have their Lawsuit dismissed without prejudice; and

**WHEREAS**, this Court, having reviewed the settlement agreement;

**NOW THEREFORE** upon the joint application of all parties, by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice as to Plaintiffs; and the parties' having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation;

1. The settlement of the Lawsuit of Plaintiffs and Defendants has been negotiated in good faith at arm's length by those parties' respective counsel;

2. The settlement, including the allocation of Plaintiffs' recovery and attorneys' fees and expenses to Plaintiffs' counsel, is approved as a fair and reasonable disposition of Plaintiffs' Fair Labor Standards Act claims pursuant to *Batista v. Tremont Enterprises*, No. 1:19CV361, 2019 WL 3306315 at *1 (N.D. Ohio July 22, 2019) and *Chime v. Fam. Life Counseling & Psychiatric Servs.*, No. 1:19CV2513, 2020 WL 6746511, at *3 (N.D. Ohio Nov. 17, 2020); and

3. Accordingly, this Lawsuit, and all of the allegations asserted herein by Plaintiffs, are hereby dismissed in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), without an award of costs or attorneys' fees to any party except as provided for in the parties' settlement agreement; and

4. The Court shall retain jurisdiction over this matter solely to enforce the parties' settlement.

THE SPITZ LAW FIRM, LLC

/s/ Chris P. Wido
Brian D. Spitz (0060881)
Chris P. Wido (0090441)
Tina M. Scibona (0092008)
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744

*Attorney for Plaintiffs*

**SO ORDERED**

Dated: 10/28/2021

KAUFMAN DOLOWICH & VOLUCK, LLP

/s/ Aaron N. Solomon
Stefan R. Dandelles, (admitted *pro hac vice*)
Aaron N. Solomon, (admitted *pro hac vice*)
Jean Y. Liu, (admitted *pro hac vice*)
135 S. LaSalle St., Ste. 2100
Chicago, Illinois 60603
Phone: (312) 759-1400

*Attorneys for Defendants*

s/ Solomon Oliver, Jr.
The Honorable Solomon Oliver, Jr.
United States District Judge